UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JULIENNE MULLETTE

        Debtor(s)　　　　　　　　　CHAPTER 13
JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant　　　　　　　　　　CASE NO: 5-22-00288-MJC
vs.
JULIENNE MULLETTE etal
        Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 18, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on April 12, 2022.

2. A hearing was held and an Order was entered on May 25, 2022 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        /s/ Agatha R. McHale, Esq.
        Id: 47613
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JULIENNE MULLETTE

                               CHAPTER 13

               Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                 CASE NO: 5-22-00288-MJC

               Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: August 9, 2022<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                               Respectfully submitted,

                                                               /s/ Agatha R. McHale, Esquire
                                                               ID: 47613
                                                               Attorney for Movant
                                                               Jack N. Zaharopoulos
                                                               Standing Chapter 13 Trustee
                                                               8125 Adams Drive, Suite A
                                                               Hummelstown, PA 17036
                                                               Phone: (717) 566-6097
                                                               email: info@pamd13trustee.com

Dated: July 18, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JULIENNE MULLETTE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-22-00288-MJC

JULIENNE MULLETTE etal

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 18, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALEPA18431-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

Served by 1st Class Mail

JULIENNE MULLETTE
298 Maple Grove Road
Starrucca, PA   18462

I certify under penalty of perjury that the foregoing is true and correct.

Date:   July 18, 2022

/s/   Vickie Williams
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JULIENNE MULLETTE

CHAPTER 13

CASE NO: 5-22-00288-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

JULIENNE MULLETTE etal
    Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.