**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br> JULIENNE MULLETTE <br> *Debtor* <br> US BANK TRUST NATIONAL ASSOCIATION, <br> NOT IN ITS INDIVIDUAL CAPACITY BUT <br> SOLELY AS OWNER TRUSTEE FOR VRMTG <br> ASSET TRUST c/o Fay Servicing, LLC <br> *Movant* <br><br> vs. <br> JULIENNE MULLETTE, <br> *Debtor/Respondent* <br> and <br> JACK N. ZAHAROPOULOS, Esquire, <br> *Trustee/Respondent* | Bankruptcy No. 22-00288-MJC <br> Chapter 13 |

<u>**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**</u>

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust c/o Fay Servicing, LLC ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Respectfully Submitted,

Date: June 5, 2023

 /s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
smccaffery@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>JULIENNE MULLETTE<br>    *Debtor*<br>US BANK TRUST NATIONAL ASSOCIATION,<br>NOT IN ITS INDIVIDUAL CAPACITY BUT<br>SOLELY AS OWNER TRUSTEE FOR VRMTG<br>ASSET TRUST c/o Fay Servicing, LLC<br>    *Movant*<br><br>      vs.<br>JULIENNE MULLETTE,<br>    *Debtor/Respondent*<br>   and<br>JACK N. ZAHAROPOULOS, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 22-00288-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on   June 5, 2023.

John J. Martin, Esquire
Via Electronic Filing
*Attorney for Debtor*

Jack N. Zaharopoulos, Esquire,
Via Electronic Filing
*Trustee*

Julienne Mullette
298 Maple Grove Road
Starrucca, PA 18462
*Debtor*

Date: June 5, 2023

  /s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
smccaffery@hoflawgroup.com