IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*
JULIENNE MULLETTE, : Chapter 13
    Debtor(s) :
 :
US BANK TRUST NATIONAL ASSOCIATION, : Case No.: 5-22-00288-MJC
NOT IN ITS INDEIVDUAL CAPACITY BUT :
SOLELY AS OWNER TRUSTEE FOR VRMTG :
ASSET TRUST C/O FAY SERVICING LLC, :
    Movant(s) :
    Vs. :
 :
JULIENNE MULLETTE, :
    Debtor/Respondent :
JACK N. ZAHAROPOULOS, :
    Trustee/Respondent :

## RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    **AND NOW COMES,** Julienne Mullette, Debtor, by and through her attorney, John J. Martin, and file this Response as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied and strict proof thereof is demanded at trial.

8. Denied and strict proof thereof is demanded at trial.

9. Denied and strict proof thereof is demanded at trial.

10. Denied and strict proof thereof is demanded at trial.

11. Denied and strict proof thereof is demanded at trial.

**WHEREFORE,** Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief and for such other and further relief as the Court deems just and proper.

Dated: 08/10/2023                               Respectfully Submitted,

                                                  _____/s/_____
John J. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtor
jmartin@martin-law.net