## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*

| | | |
|---|---|---|
| JULIENNE MULLETTE, | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| US BANK TRUST NATIONAL ASSOCIATION, | : | Case No.: 5-22-00288-MJC |
| NOT IN ITS INDEIVDUAL CAPACITY BUT | : | |
| SOLELY AS OWNER TRUSTEE FOR VRMTG | : | |
| ASSET TRUST C/O FAY SERVICING LLC, | : | |
| Movant(s) | : | |
| Vs. | : | |
| | : | |
| JULIENNE MULLETTE, | : | |
| Debtor/Respondent | : | |
| JACK N. ZAHAROPOULOS, | : | |
| Trustee/Respondent | : | |

## WITHDRAW OF DEBTOR'S RESPONSE TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

To the Clerk,

Kindly withdraw Debtor's Response to the Motion for Relief from the Automatic Stay of US

BANK TRUST NATIONAL ASSOCIATION on behalf of the Debtor with concurrence.

Dated: 08/10/2023

Respectfully Submitted,

_____/s/_____
John J. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtor
jmartin@martin-law.net